IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE GUZMAN-RAMIREZ,

Defendant.

8:18-CR-137

ORDER

The defendant has filed a *pro se* motion to reduce his sentence pursuant to the "status points" provision of U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Filing 120. But no "status points" were assessed in the defendant's case. *See* filing 76 at 9. In addition, the defendant was sentenced to the statutory mandatory minimum sentence. *See* filing 80. His sentencing range can go no lower. Accordingly,

IT IS ORDERED that the defendant's *pro se* motion to reduce sentence (filing 120) is denied.

Dated this 11th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge